1  KRISTEN L. BOYLES (CA Bar # 158450)
   Earthjustice
2  810 Third Avenue, Suite 610
   Seattle, WA  98104
3  (206) 343-7340
4  kboyles@earthjustice.org

5  GUSSIE LORD (D.C. Bar # 1009826)
   *[Admitted Pro Hac Vice]*
6  Earthjustice
   633 17th Street, Suite 1600
7  Denver, CO 80202
   (720) 402-3764
8  glord@earthjustice.org

9  MONEEN NASMITH (NY Bar # 4427704)
10 *[Admitted Pro Hac Vice]*
   Earthjustice
11 48 Wall Street, 15th Floor
   New York, NY 10005
12 (212) 845-7384
   mnasmith@earthjustice.org
13
   THOMAS S. WALDO (AK Bar # 9007047)
14 *[Admitted Pro Hac Vice]*
   Earthjustice
15 325 4th Street
   Juneau, AK 99801
16 (907) 500-7123
17 twaldo@earthjustice.org

18 *Attorneys for Plaintiffs*

19 NATHAN MATTHEWS (CA Bar # 264248)
   Sierra Club
20 2101 Webster Street, Suite 1300
   Oakland, CA 94612
21 (415) 977-5695
22 nathan.matthews@sierraclub.org

23 *Local Counsel and Attorney for Sierra Club*

24

25

26

27                                                                      1
   PROOF OF SERVICE
28 Suquamish Tribe et al. v. Andrew Wheeler et al., No. 3:20-cv-06137-JCS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUQUAMISH TRIBE, PYRAMID LAKE )
PAIUTE TRIBE, ORUTSARARMIUT )  Case No. 3:20-cv-06137-JCS
NATIVE COUNCIL, COLUMBIA )
RIVERKEEPER, and SIERRA CLUB, )  PROOF OF SERVICE
)
    Plaintiffs, )
) (Clean Water Act, 33 U.S.C. § 1251 *et seq.*;
) Administrative Procedure Act, 5 U.S.C. § 551
v. ) *et seq.*)
)
ANDREW WHEELER, in his official capacity )
as Administrator of the United States )
Environmental Protection Agency; UNITED )
STATES ENVIRONMENTAL PROTECTION )
AGENCY, )
    Defendants. )
)

## PROOF OF SERVICE

  I am a citizen of the United States of America and a resident of ALEXANDRIA-VA I am over the age of 18 years and not a party to the within entitled action; my business address is 1100 H STREET M-100 WASHINGTON -DC 20005

  I hereby certify that on September 08, 2020, I served via U.S. Certified Mail – Return Receipt Requested one true copy of the following documents:

- Complaint for Declaratory and Injunctive Relief;

- Summons in a Civil Case;

- Certification of Interested Entities or Persons;

- Notice of Assignment of Case to a United States Magistrate Judge for Trial;

- Notice of Assignment to Magistrate Judge with Election Form;

- Brochure entitled *Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California*;

PROOF OF SERVICE
Suquamish Tribe et al. v. Andrew Wheeler et al., No. 3:20-cv-06137-JCS

2

1          • Standing Orders for Magistrate Judge Joseph C. Spero;

2          • Standing Orders for All Judges of the Northern District of California;

3          • Order Setting Initial Case Management Conference and ADR Deadlines; and

4          • ECF Registration Information

5     on the parties listed below:

6
      Andrew Wheeler, Administrator
7     United States Environmental Protection Agency
      EPA Headquarters MC-1101A
8     1200 Pennsylvania Avenue NW
      Washington, DC 20460
9
      United States Environmental Protection Agency
10    EPA Headquarters MC-1101A
      1200 Pennsylvania Avenue NW
11    Washington, DC 20460

12
      William Barr, Attorney General
13    United States Department of Justice
      950 Pennsylvania Ave., NW
      Washington, DC 20530-0001
14

      Civil Process Clerk
15    U.S. Attorney's Office
      Federal Courthouse
16    450 Golden Gate Avenue
      San Francisco, CA 94102
17

18    I certify under penalty of perjury that the foregoing is true and correct. Executed on September

19    08, 2020 in WASHINGTON-DC

20

21                                  /s/
                                JOSE WAGNER CAMPOS
22

23

24

25

26

27                                                                                                    3

PROOF OF SERVICE
28    Suquamish Tribe et al. v. Andrew Wheeler et al., No. 3:20-cv-06137-JCS