MONEEN NASMITH (NY Bar # 4427704)
*[Admitted Pro Hac Vice]*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7384
mnasmith@earthjustice.org

KRISTEN L. BOYLES (CA Bar # 158450)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
kboyles@earthjustice.org

GUSSIE LORD (DC Bar # 1009826)
*[Admitted Pro Hac Vice]*
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(720) 402-3764
glord@earthjustice.org

THOMAS S. WALDO (AK Bar # 9007047)
*[Admitted Pro Hac Vice]*
OLIVIA GLASSCOCK (AK Bar # 1809072)
*[Admitted Pro Hac Vice]*
Earthjustice
325 4th Street
Juneau, AK 99801
(907) 500-7123 / (907) 500-7134
twaldo@earthjustice.org
oglasscock@earthjustice.org

*Attorneys for Plaintiffs*

NATHAN MATTHEWS (CA Bar # 264248)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5695
nathan.matthews@sierraclub.org

*Local Counsel and Attorney for Sierra Club*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **In re:**<br><br>**CLEAN WATER ACT RULEMAKING**<br><br><br>**This document relates to:**<br><br>**Case No. 3:20-cv-06137-WHA** | Case No. 3:20-cv-04636-WHA<br>Case No. 3:20-cv-04869-WHA<br>Case No. 3:20-cv-06137-WHA<br><br>(Consolidated)<br><br>**PLAINTIFFS' STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE BY AMERICAN PETROLEUM INSTITUTE AND INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA**<br><br>Hearing:  December 3, 2020 at 8:00 a.m. |

PLAINTIFFS' STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE (3:20-cv-06137-WHA)

1    Please take notice that pursuant to Civ. L.R. 7-3(b), Plaintiffs Suquamish Tribe, Pyramid

2  Lake Paiute Tribe, Orutsararmiut Native Council, Columbia Riverkeeper, and Sierra Club hereby

3  file this Statement of Nonopposition to the motion to intervene filed by American Petroleum

4  Institute and Interstate Natural Gas Association of America at Dkt. 32 in case 3:20-cv-06137.

5

6  DATED: November 19, 2020                    Respectfully submitted,

7

8                                             /s/ *Moneen Nasmith*
                                              MONEEN NASMITH (NY Bar # 4427704)
9                                             *[Admitted Pro Hac Vice]*
                                              Earthjustice
10                                            48 Wall Street, 15th Floor
                                              New York, NY 10005
11                                            (212) 845-7384
                                              mnasmith@earthjustice.org
12
                                              KRISTEN L. BOYLES (CA Bar #158450)
13                                            Earthjustice
                                              810 Third Avenue, Suite 610
14                                            Seattle, WA  98104
                                              (206) 343-7340
15                                            kboyles@earthjustice.org

16                                            GUSSIE LORD (DC Bar # 1009826)
                                              *[Admitted Pro Hac Vice]*
17                                            Earthjustice
                                              633 17th Street, Suite 1600
18                                            Denver, CO 80202
                                              (720) 402-3764
19                                            glord@earthjustice.org

20                                            THOMAS S. WALDO (AK Bar # 9007047)
                                              *[Admitted Pro Hac Vice]*
21                                            OLIVIA GLASSCOCK (AK Bar # 1809072)
                                              *[Admitted Pro Hac Vice]*
22                                            Earthjustice
                                              325 4th Street
23                                            Juneau, AK 99801
                                              (907) 500-7123 / (907) 500-7134
24                                            twaldo@earthjustice.org
                                              oglasscock@earthjustice.org
25
                                              *Attorneys for Plaintiffs*
26
                                              NATHAN MATTHEWS (CA Bar #264248)
27                                            Sierra Club
                                              2101 Webster Street, Suite 1300
28                                            Oakland, CA 94612

                                     2
PLAINTIFFS' STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE (3:20-cv-06137-WHA)

1

(415) 977-5695
nathan.matthews@sierraclub.org

2

*Local Counsel and Attorney for Sierra Club*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE (3:20-cv-06137-WHA)